[No. 67063-8-I. Division One. January 30, 2012.]

THE STATE OF WASHINGTON, *Appellant*, v. FRANCK OYENGA, *Respondent*.

 *Remanded with instructions* by unpublished per curiam opinion.

[No. 37048-4-II. Division Two. January 31, 2012.]

*In the Matter of the Personal Restraint of* ERNEST A. CARTER, *Respondent*.

 *Denied* by unpublished opinion per Armstrong, J., concurred in by Penoyar, C.J., and Van Deren, J.

[No. 38684-4-II. Division Two. January 31, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. CALVIN SCOTT CARDWELL, *Appellant*.

 *Remanded with instructions* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt and Van Deren, JJ.

[No. 40457-5-II. Division Two. January 31, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN ROBERT BOWEN, *Appellant*.

 *Reversed* and *remanded* by unpublished opinion per Worswick, A.C.J., concurred in by Armstrong, J.; Quinn-Brintnall, J., concurring separately in the result only.